DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of W.C., a child.

_____

G.S.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D22-218

_____

September 7, 2022

Appeal from the Circuit Court for Manatee County; Gilbert A.
Smith, Jr., Judge.

C. Michael Kelly of C. Michael Kelly, P.A., Bradenton, for Appellant.

Meredith K. Hall of Children's Legal Services, Bradenton, for
Appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Sarah Todd Weitz of Statewide
Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad
Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.